Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
CHARLOTTE, NC

MAY 25 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina ▼

Charlotte Division

| | |
|---|---|
| Diana Rodriguez <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Wells Fargo Bank, N.A. <br><br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21-cv-00248-MOC <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✔Yes ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Diana Rodriguez |
   | Street Address | 1703 Palazzo Drive |
   | City and County | Waxhaw |
   | State and Zip Code | NC 28173 |
   | Telephone Number | 7044317958 |
   | E-mail Address | darodriguez2022@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Wells Fargo Bank, N.A.
- Job or Title *(if known)*:
- Street Address: 633 Folsom Street, 7th Floor
- City and County: San Francisco
- State and Zip Code: CA 94107
- Telephone Number: (415) 396-4473
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Wells Fargo Bank N.A. |
| Street Address | 301 S. College Street |
| City and County | Charlotte, Mecklenburg |
| State and Zip Code | 28202 |
| Telephone Number | (877) 479-3557 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Whistle Blower Retaliation

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**12/24/2014 - 12/24/2020**

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin — Jewish
- [x] age *(year of birth)* 1966 *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
  Severe Asthma; Post Tramatic Stress Disorder

E. The facts of my case are as follows. Attach additional pages if needed.

III. Statement of Claim. E. The facts of my case are as follows.

I am a 54 year old, Hispanic ethnicity, white race, educated, and good at my work. I have never had a poor performance review at Wells Fargo Bank N.A. I have worked for the bank for 8 years and 11 months.

2020, My direct manager, Gary Finkle calls to inform me that I am laid off from work with my last day of employment being 12/25/2020. I am the oldest (54) analyst among my peers. My counterpart, Ashley Artman is in her 20s; we were laid off together. Ashley Artman was rehired by Wells Fargo Bank N.A. in January of 2021. I have applied for at least 10 Wells Fargo positions since I was laid off without any offers.

2020 (Teleconference, been working from home since March 18, 2020). I lead a monthly meeting, and Kim Capps (a manager) says we have been on the phone for 10 minutes and nothing is being done.

2020, Gary Finkle says that Capital Markets II is the top level that I can attain. This is not true of other analysts in my group.

2020, Gary Finkle failed to accommodate my disability during a power outage. I walked up 7 flights of stairs. Due to severe asthma, it took me 30 minutes.

2020, I asked permission to take the Series 7 class that is sponsored through Wells Fargo. Gary tells me it is a difficult test. Wells Fargo pays for fees and books for this licensing, and it is available to my fellow team members, that have the same title as me of Capital Markets Analyst.

2017, There is a Fire drill on my floor. I walk to the elevators because my disability prevents me from walking down 7 flights of steps. My manager Gary Finkle told me there was going to be a fire drill that day, so I know there is no real threat. I walk to the elevators. Kim Capps restrains me from movement by stepping in front of me with her arms stretched out. She tells me that I cannot use the elevators during a fire drill. I tell her that my disability prevents me from going down the stairs. She says it does not matter and directs me to use the stairwell.

2017, Ashley Butler, my coworker, calls me a Nazi twice.

2017, Kim Capps, Maria Ostrowski (a manager in my group), and Ashley Butler shake my cubicle wall, causing my computer monitor to topple onto my hands and my cup of water to spill on my desk.

2014 Kimberly Capps (a manager in my group), sprays my entire cubical in Lysol spray to the point where my chair, keyboard, and desk are dripping with chemicals. The disinfectant chemicals that Kim sprayed in my cube acerbate my asthma, causing severe breathing problems and vomiting. Kim violates Wells Fargo Bank N.A. policy, where it states that no one should go into another person's workspace and touch the employee's personal or business equipment. Kimberly Capps asks me to leave the office because I may be contagious. Kimberly Capps accuses me of infecting one of her team members with a jaw infection due to my coughing.

Please see enclosed document of events.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
I filed the complaint with EEOC 11/30/2020. However, they responded in February. I signed the Charge of Discrimination document on 2/12/2021. On 3/19/2021 I requested a reconsideration of the EEOC 3/9/2021 Dismissal, which was denied 5/12/2021.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 03/15/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have developed Post Traumatic Stress Disorder since working at Wells Fargo Bank N.A. I have nightmares, and flashbacks. Even though I am eligible for rehire. I have not been able to get re-employed by Wells Fargo, even though my coworker, Ashley Artman (in her 20s) who was laid off with me, was rehired in January 2021. I suspect that I have been Blacklisted from employment.

I respectfully ask the Court for relief in the amount of Eight Hundred Thousand Dollars for pain and suffering, and the amount of Four Hundred Thousand Dollars for punitive damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/21/2021

Signature of Plaintiff: *Diana Rodriguez*
Printed Name of Plaintiff: Diana Rodriguez

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>430-2021-00401 |
|---|---|---|

and EEOC
_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.)<br>**MS. DIANA RODRIGUEZ** | Home Phone<br>**(704) 431-7958** | Year of Birth<br>**1966** |
|---|---|---|

Street Address — City, State and ZIP Code
**1703 PALAZZO DR, WAXHAW, NC 28173**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name<br>**WELLS FARGO & COMPANY** | No. Employees, Members<br>**501+** | Phone No. |
|---|---|---|

Street Address — City, State and ZIP Code
**301 S COLLEGE STREET, CHARLOTTE, NC 28202**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (_Check appropriate box(es)._)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (_Specify_)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-01-2014**    Latest: **11-23-2020**

☒ CONTINUING ACTION

THE PARTICULARS ARE (_If additional paper is needed, attach extra sheet(s)_):

I. I began employment with the above employer in January 2012 as a Capital Markets Analyst I. During my employment, I have been subjected to harassment based on my disability and age. In 2014, a Manager, accused me of infecting my coworker, and drenched my entire office with disinfectant chemicals, which caused the exacerbation of my disability. In 2017, this same Manager physically blocked me from using the elevator during a fire drill, even after I told her that I could not walk downstairs due to my disability. On both occasions, this Manager, put my health in danger. Also, in early 2020, I heard this manager stating that I was a lazy employee. This Manager would also accuse me of spreading illness because I frequently coughed (due to my medical condition). Most recently in Oct. 2020, I complained about this Managers belittlement and harassment towards me during a teleconference with my work group, as well as the hostile work environment she was creating. My Direct Manager did nothing. I complained to HR after each incident took place. In 2019, a coworker called me a Nazi on two occasions, which upset me because I am part-Jewish, which I complained to HR. in early 2020. My Direct Manager failed to accommodate me when the

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Diana Rodriguez on 02-12-2021 10:03 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

EEOC Form 5 (11/09)

|  | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **430-2021-00401** |
| _State or local Agency, if any_ | | and EEOC |

power went out in our building, and he told me to use the stairs due to the elevator not working, knowing of my disability and that using the stairs exacerbates my condition.

II. On October 27, 2020 before my work start time, My Direct Manager called me and informed me that I was being laid off due to my position being eliminated. I was the oldest employee among the employees with the same job title as me. Most employees within my department were under the age of 40. My counterpart, who is under the age of 40 was also laid off, however, when my counterpart was hired, my Direct Manager had stated to me that my counterpart was hired incase things went South, and they needed someone to fire. My Supervisor also told me that Wells Fargo does not fire individuals, but rather, groups because of liability reasons. My job duties were split and given to my counterpart upon her hire. We were both doing the job duties of one person. I did not have any disciplinary actions against me and I continuously met performance expectations. I believe that I was laid off based on my age and being the oldest among the analysts, and in retaliation for the protected complaints that I have been reporting to HR throughout my employment.

III. I believe I was discriminated against based on my age (54) in violation of The Age Discrimination in Employment Act of 1967. I believe that I was discriminated against and retaliated against based on my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Diana Rodriguez on 02-12-2021 10:03 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

Copy

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Diana Rodriguez<br>1703 Palazzo Dr<br>Waxhaw, NC 28173 | From: | Charlotte District Office<br>129 W. Trade Street<br>Suite 400<br>Charlotte, NC 28202 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 430-2021-00401 | Farkhunda S. Akhtar,<br>Investigator | (980) 296-1259 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    **09-MAR-2021**
Thomas M. Colclough,            *(Date Issued)*
District Director

Enclosures(s)

cc:
| Xor Vue, Administrative Assistant<br>WELLS FARGO<br>90 S 7th St<br>FL 9<br>Minneapolis, MN 55402 | Lisa Polk-Crawford<br>WELLS FARGO<br>90 S 7th St<br>FL 9<br>Minneapolis, MN 55402 |
|---|---|


*Copy*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Charlotte District Office**

129 West Trade Street, Suite 400
Charlotte, NC 28202
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Direct Dial: (980) 296-1250
FAX (704) 954-6410
Website: www.eeoc.gov

May 12, 2021

Diana Rodriguez
darodriguez2013@hotmail.com
1703 Palazzo Drive
Waxhaw, NC 28173

RE: Diana Rodriguez v. Wells Fargo & Company
EEOC Charge No.: 430-2021-00401

Dear Ms. Rodriguez:

    This letter is in response to your correspondence of March 19, 2021. Therein, you requested a reconsideration of the Commission's March 9, 2021 Dismissal and Notice of Rights to Sue letter issued in the employment discrimination charge you filed against Wells Fargo & Company, located in Charlotte, NC (Charge Number: 430-2021-00401.)

    Your charge was formalized by our Charlotte District Office on February 12, 2021. Upon completion of the charge processing, we issued a Dismissal and Notice of Rights letter on March 9, 2021. The Dismissal and Notice of Rights informed you of your right to pursue this matter in Federal District Court. The lawsuit must be filed within 90 days of your receipt of the notice or the right to sue based on this charge will be lost. The EEOC cannot extend or restore your right to sue on this charge after the expiration of that 90-day period. Requests for reconsideration or appeals do not extend the 90-day period for filing in court.

    We recognize you are dissatisfied with the results of the processing of your charge. Charges may be re-opened where there is new evidence showing there has been an error of law or fact. No new information or evidence has been provided on the requested charge that has not already been previously considered by EEOC. The EEOC is an impartial law enforcement agency which must issue determinations based on our interpretations of the relevant evidence and the laws we enforce. We understand that the parties to a charge often have firm views that the available evidence supports their respective positions. However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce.

Sincerely,

Thomas M. Colclough - Director
*Digitally signed by Thomas M. Colclough - Director*
*DN: cn=Thomas M. Colclough - Director, ou=EEOC-CTDO, email=thomas.colclough@eeoc.gov, c=US*
*Date: 2021.05.11 14:35:10 -04'00'*

Thomas M. Colclough
District Director

cc: Sandra Little