# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Diana Rodriguez

       *Plaintiff*
       v.

Wells Fargo Bank, N.A.

       *Defendant*

Civil Action No. 3:21-cv-00248

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Wells Fargo Bank, N.A.
    633 Folsom Street, 7th Floor
    San Francisco, CA 94107
    MAC: A0149-072

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Diana Rodriguez
    1703 Palazzo Drive
    Waxhaw, NC 28173

If **you fail** to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date     **5/26/2021**

Frank G. Johns, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the defendant at *(place)*_____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: