# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# 3:21-cv-248-MOC

| | |
|---|---|
| DIANA RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| WELLS FARGO BANK, N.A. ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion to Begin Discovery. (Doc. No. 35). For good cause shown, Defendant's Motion is **GRANTED**. Defendant shall respond to Plaintiff's Motion to Begin Discovery within three (3) business days following the Court's decision on Defendant's Motion to Enforce the Confidential Settlement Communications Agreement and Place Plaintiff's Motion to Begin Discovery and Related Memoranda Under Seal.

Signed: February 17, 2022

Max O. Cogburn Jr.
United States District Judge